Southern District of New York. Probable jurisdiction noted. *Solicitor General Cox, Assistant Attorney General Loevinger, Lionel Kestenbaum* and *Richard A. Solomon* for the United States. *Louis Nizer, Myles J. Lane* and *Benjamin Melniker* for appellees in No. 553 and appellants in No. 555. *Mervin C. Pollak* for appellant in No. 556. Reported below: 189 F. Supp. 373.

No. 617. KER ET UX. *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari granted. *Al Matthews* and *Robert W. Stanley* for petitioners. *Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *George W. Kell,* Deputy Attorney General, for respondent.

No. 591. FEDERAL POWER COMMISSION *v.* TENNESSEE GAS TRANSMISSION CO. ET AL.; and

No. 605. CITY OF PITTSBURGH *v.* TENNESSEE GAS TRANSMISSION CO. ET AL. C. A. 5th Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Orrick, Morton Hollander, Ralph S. Spritzer, Howard E. Wahrenbrock, Luke R. Lamb* and *Peter H. Schiff* for petitioner in No. 591. *Charles S. Rhyne* and *Herzel H. E. Plaine* for petitioner in No. 605. *Harry S. Littman, William C. Braden, Jr., Jack Werner, Harold L. Talisman, Brooks E. Smith* and *Herbert W. Bryan* for respondents. *David Stahl,* Attorney General of Pennsylvania, and *Herbert E. Squires* for the Commonwealth of Pennsylvania and the Pennsylvania Public Utility Commission, respectively, as *amici curiae,* in support of petitioners. Reported below: 293 F. 2d 761.